UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH,<br><br>  Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE, and<br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS, AND EXPLOSIVES,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 18-2116 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| FRANCIS SCHAEFFER COX,<br><br>  Plaintiff,<br><br>vs.<br><br>EXECUTIVE OFFICE OF U.S.<br>ATTORNEYS *ET AL.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>) Civil No. 18-2657 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' STATUS REPORT**

  Pursuant to this Court's Minute Order dated February 14, 2019, the aforementioned cases are hereby consolidated and the parties were ordered to submit a joint status report on March 1, 2019, proposing a schedule for further proceedings. Undersigned counsel contacted Plaintiff's counsel to ascertain his position. Plaintiff's counsel has not responded as of the close of business, March 1, 2019.

  1.  The Defendants filed a Motion for Summary Judgment ("Motion") in the "*Cox*

Action" on August 10, 2018. The Motion addressed Counts two through five of the six Counts in Plaintiff's Complaint. The Plaintiff never responded to the Motion.[1] The only remaining Count in the *Cox* Action is Count 1, which pertains to Plaintiff's request to the FBI for all records in the Agency's possession about himself. The FBI was on a rolling production schedule as to Count 1, which has now ended. The FBI is now ready to submit a briefing schedule to the Court as to Count 1 in the *Cox* Action.

2. Defendants desire to file a Reply in the *Freedom Watch* Action, Civil Action No. 18-2116.

3. Defendants therefore desire to file a consolidated Reply (*Freedom Watch*) and Motion for Summary Judgment (pertaining to the FBI in the *Cox* Action) on April 22, 2019. The assigned Assistant United States Attorney is out of the office on sick leave and is not expected to return to the office until mid-March. Accordingly, the time requested will give the assigned attorney time to return to the office, review the *Cox* Action, confer with the FBI, review any declarations prepared to support both pleadings and submit the pleadings for internal review.

        Respectfully submitted,

        DANIEL F. VAN HORN,
        D.C. BAR # 924092
        Chief, Civil Division

        JESSIE K. LIU,
        D.C. Bar #472845
        United States Attorney
        District of Columbia

By:   */s/Heather Graham-Oliver*
      On behalf of Melonie Hendry
      Assistant United States Attorney
      Judiciary Center Building

---

[1] On October 23, 2019, an attempt was made to file a Cross-Motion for Summary Judgment in the Cox Action but the court struck the Motion from the record. See ECF. No. 62.

        555 4th St., N.W.
        Washington, D.C.  20530
        (202) 252-2520
        heather.graham-oliver@usdoj.gov