**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEDOM WATCH, INC., | |
| Plaintiff, | |
| v. | Civ. A. No. 18-02116 (EGS) |
| FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | |
| Defendants. | |
| FRANCIS SCHAEFFER COX., | |
| Plaintiff, | |
| v. | Civ. A. No. 18-02657 (EGS) |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's August 12, 2019, Minute Order, the parties respectfully submit this Joint Status Report to inform the Court of the status of the Federal Bureau of Investigation's ("FBI") processing of the media files responsive to Plaintiffs' Freedom of Information Act ("FOIA") requests.

### Defendants' Position

1.  In response to Plaintiffs' requests, the FBI located just under 18 hours (17:52) of audio and just over 4 hours (4:03) of video records.  It also located approximately 1,147 photographs.

2.  The FBI has begun processing this media and provided Plaintiffs its first release of media records on July 31, 2019 (a 15-minute video).

3.  The FBI plans to provide its next interim release at the end of this month.

4.   Beyond this month, based on the amount of media at issue and the FBI's established media processing rates, the FBI anticipates it will need an additional 15 months to complete processing of all of the video records responsive to Plaintiffs' requests.  *See* Declaration of David M. Hardy ¶ 46 (attached as Ex. 1).  Additionally, the FBI anticipates it will need approximately 36 months to complete processing of all of the audio records responsive to Plaintiff's request.  *Id.*  Finally, the FBI approximates it will need an additional three months to complete processing of the 1,147 photographs.  *Id.*

5.   Specifically, the FBI proposes to process at least (a) 15 minutes of video records, (b) 30 minutes of audio records, or (c) 500 high quality photographs (or some combination thereof) per month until such time as all of the media files have been processed and non-exempt, responsive records released.

## Plaintiffs' Position

6.   Plaintiffs respectfully request a telephonic status conference at the Court's earliest convenience to discuss the FBI's production schedule, as they contend that this estimated time frame is too attenuated a production schedule.

Dated:  August 26, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  */s/ John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.GOV

  /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEDOM WATCH, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:18-cv-02116 |
| | (EGS) |
| FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | |
| Defendants. | |
| FRANCIS SCHAEFFER COX., | |
| Plaintiff, | |
| v. | Civil Action No. 1:18-cv-02657 |
| | (EGS) |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS *ET AL.*, | |
| Defendants. | |

<u>**(DEFENDANT'S PROPOSED) ORDER**</u>

Upon consideration of the Parties' Joint Status Report and the attached Declaration of David M. Hardy, it is hereby ordered that the FBI shall process at least (a) 15 minutes of video records, (b) 30 minutes of audio records, or (c) 500 high quality photographs (or some combination thereof) per month until such time as all of the Media Files have been processed and the non-exempt, responsive records released.

It is further ordered that the Parties shall submit their Joint Status Report apprising the Court of the status of the processing and release of the Media Files beginning on November 26, 2019, and every 90 days thereafter.

_____                    _____
Dated:                                     EMMET G. SULLIVAN
                                           United States District Judge