UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANCIS SCHAEFFER COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 18-2657 (EGS) |
| | ) | (Civ. A. No. 18-2116 (EGS)) |
| EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS, *et. al*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff, Francis Cox, and Defendants, Executive Office of United States Attorneys ("EOUSA"), Federal Bureau of Investigation ("FBI") and Bureau of Alcohol, Tobacco and Firearms ("ATF"), respectfully submit this joint status report to update the Court on the current state of the proceedings. Regrettably, the parties' report ought to have been submitted by May 29, 2020, as set by the Court's March 2, 2020, Minute Order, but as a result of the dismissal of the companion case through which all deadlines in the cases had been set (*Freedom Watch v. U.S. Dep't of Justice, et al.*, Civ. A. No. 18-2116) and the suspension of Defendants' FOIA processing operations because of the COVID-19 pandemic, the matter got off track – a result for which the parties apologize to the Court.[1]

As the Court may recall, all of the paper records have been processed in the case. All that remains are the media: photographs, audio recordings, and video recordings, which Defendants

---

[1] In light of the dismissal of *Freedom Watch*, Civ. A. No. 18-2116, the parties have assumed it most appropriate to revert to filing under the case number associated with remaining matter, *Cox. v. EOUSA, et al.*, Civ. A. No. 18-2657.

have been ordered to process at prescribed rates of 500 images, 30 minutes of audio, 15 minutes of video, or some combination thereof, per month until such time as all of the non-exempt, responsive records shall have been released.  During the period since the last joint status report, no media could be processed in the months of March and April on account of the restrictions put in place to minimize the spread of the COVID-19 virus.  Although Defendants' (namely, FBI's) FOIA operations had not resumed at normal levels until mid-June, Defendants did meet their full processing goals in May and June, processing and releasing a total of 60 minutes of audio recordings (the requisite 30 minutes each of the two months).

The parties propose to file their next joint status report on October 20, 2020.

Dated: July 22, 2020                                    Respectfully submitted,

                                                        MICHAEL R. SHERWIN
                                                        Acting United States Attorney
  /s/   *Tyler Jay King*
TYLER JAY KING                                          DANIEL F. VAN HORN, D.C. Bar # 924092
Managing Attorney                                       Chief, Civil Division
Franklin Square Law Group, PC
700 12th St., NW, Ste. 700
Washington, DC  20005                              By:  */s/ John Moustakas*
(202) 436-2641 (m)                                      John Moustakas
(202) 779-9711 (o)                                      Assistant United States Attorney
(202) 478-0964 (f)                                      555 Fourth Street, N.W.
tyler@lawgroupfs.com                                    Washington, D.C. 20530
                                                        (202) 252-2518
*Counsel for Plaintiff*                                 john.moustakas@usdoj.gov

                                                        *Counsel for Defendants*